FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-21-00525-CV

**IN THE INTEREST OF S.R.H, A CHILD**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02064
Honorable Kimberly Burley, Judge Presiding

# O R D E R

Appellee's brief was due February 7, 2022. Neither the brief nor a motion for extension of time was filed. We **ordered** appellee to file its brief, if any, by February 28, 2022. No brief was filed. Appellee now seeks leave to file a motion for an extension of time, citing office clerical error for its failure to file the brief in a timely manner. Accompanying its leave motion is a motion for an extension of time seeking a four-day extension to March 4, 2022.

We **grant** appellee leave to file a motion for an extension of time and **grant** the motion for an extension of time. We **order** appellee to file its brief, if any, by **March 4, 2022**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2. Because of the time constraints governing the disposition of this appeal, appellee is advised that **no further extensions of time will be granted** absent a showing of extraordinary circumstances. If the brief is not filed by the date ordered, we may submit the case without appellee's brief.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2022.



MICHAEL A. CRUZ, Clerk of Court